UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　AHMED SALEH<br>　　MONA  HUSSIM SALEH<br><br>　　　　　　　　Debtors | Chapter 13<br>Bankruptcy No.19-15242-ELF |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 11th day of December, 2019, by first class mail upon those listed below:

AHMED SALEH
MONA  HUSSIM SALEH
1635 E. GREENLEAF STREET
ALLENTOWN, PA  18109

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

　　　　　　　　　　　　　　　　　　　　／s/ *Deborah A. Earnshaw*
　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee