## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ahmed Saleh<br>         Mona Hussim Saleh<br><br>                          Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for The<br>Bank of New York Mellon, f/k/a The Bank of New<br>York, as successor-in-interest to JPMorgan Chase Bank,<br>N.A., as Trustee for  Bear Strearns Asset Backed<br>Securities Trust 2006-SD1, Asset-Backed Certificates,<br>Series- SD1, its successors and/or assigns<br>                          Movant<br>            vs. | NO. 19-15242 ELF |
| Ahmed Saleh<br>Mona Hussim Saleh<br><br>                          Debtor(s)<br><br>Scott F. Waterman<br><br>            Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Specialized Loan Servicing LLC as servicer for

The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan

Chase Bank, N.A., as Trustee for  Bear Strearns Asset Backed Securities Trust 2006-SD1, Asset-Backed

Certificates,  Series- SD1, which was filed with the Court on or about **September 13, 2019 ; Document:**

**# 14**.

                                        Respectfully submitted,


                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        412-430-3594

February 14, 2020