**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| AHMED SALEH AND MONA HUSSIM SALEH | |
| Debtors | CASE NO. 19-15242- ELF |
| AHMED SALEH AND MONA HUSSIM SALEH, | ADV CASE NO. 20-03 |
| Plaintiffs | |
| vs. | |
| PENNSYLVANIA HOUSING FINANCE AGENCY, | |
| Defendant | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Debtors' Motion for Default Judgment filed with the Court on or about February 19, 2020 as it weas filed inadvertently on Debtors main Case # 19-15242. The Motion and Proposed Order have now been refiled on Adv. Case # 20-03.

Respectfully Submitted,

Dated: February 20, 2020

/s/ Charles Laputka, Esquire
Charles Laputka, Esquire
Laputka Law Office, LLC
1344 W. Hamilton Street
Allentown, PA 18102
Phone: (610) 477-0155
Fax: (484) 350-3581