United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mona Hussim Saleh  
Ahmed Saleh  
    Debtors

Case No. 19-15242-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jul 01, 2020  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.  
db/jdb        +Mona Hussim Saleh,   Ahmed Saleh,   1635 E. Greenleaf Street,   Allentown, PA 18109-2313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:

         CHARLES   LAPUTKA    on behalf of Debtor Mona Hussim Saleh claputka@laputkalaw.com,  
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
         CHARLES   LAPUTKA    on behalf of Joint Debtor Ahmed   Saleh claputka@laputkalaw.com,  
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
         CHARLES   LAPUTKA    on behalf of Plaintiff Ahmed   Saleh claputka@laputkalaw.com,  
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
         CHARLES   LAPUTKA    on behalf of Plaintiff Mona Hussim Saleh claputka@laputkalaw.com,  
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon, Et Al...  
          bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                          TOTAL: 8

Case 19-15242-pmm    Doc 42    Filed 07/03/20    Entered 07/04/20 00:49:37    Desc Imaged
                     Certificate of Notice    Page 2 of 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mona Hussim Saleh and Ahmed Saleh | Case No: 19-15242-PMM |
| Debtors | CHAPTER 13 |

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,250**.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$2,190** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date: **June 30, 2020**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**