**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:**   **Ahmed Saleh and** ) | **CASE NO.   19-15242** |
| **Mona Hussim Saleh** ) | |
| ) | |
| **Debtors** ) | **CHAPTER 13** |

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan and after Notice and Hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' 2nd Amended Chapter 13 Plan is **APPROVED**.

**BY THE COURT:**

**Date: July 16, 2020**

*Patricia M. Mayer*

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**