```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                    Case No. 19-15242-pmm
Mona Hussim Saleh                                         Chapter 13
Ahmed Saleh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: DonnaR              Page 1 of 1              Date Rcvd: Jul 16, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
db/jdb         +Mona Hussim Saleh,   Ahmed Saleh,   1635 E. Greenleaf Street,   Allentown, PA 18109-2313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Debtor Mona Hussim Saleh claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Joint Debtor Ahmed   Saleh claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Plaintiff Ahmed   Saleh claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Plaintiff Mona Hussim Saleh claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, Et Al...
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: **Ahmed Saleh and** | ) | CASE NO.  19-15242 |
| **Mona Hussim Saleh** | ) | |
| | ) | |
| **Debtors** | ) | **CHAPTER 13** |

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan and after Notice and Hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' 2nd Amended Chapter 13 Plan is **APPROVED**.

BY THE COURT:

_/s/ Patricia M. Mayer_

**Date:** **July 16, 2020**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**