Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-15242-PMM

AHMED SALEH  
MONA HUSSIM SALEH  
1635 E. GREENLEAF STREET  
ALLENTOWN  PA    18109

Petition Filed Date: 08/21/2019  
341 Hearing Date: 10/01/2019  
Confirmation Date: 03/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/23/2019 | $650.00 | 26156313077 | 10/24/2019 | $650.00 | 26156305416 | 12/11/2019 | $650.00 | |
| 01/08/2020 | $650.00 | | 02/25/2020 | $928.00 | | 03/27/2020 | $928.00 | |
| 04/28/2020 | $928.00 | | 06/29/2020 | $685.00 | | 07/30/2020 | $685.00 | |

**Total Receipts for the Period: $6,754.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,754.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $0.00 | $2,060.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,906.01 | $0.00 | $1,906.01 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $204.50 | $0.00 | $204.50 |
| 3 | LENDMARK FINANCIAL SERVICES LLC »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $971.39 | $0.00 | $971.39 |
| 5 | ERIE INSURANCE EXCHANGE A/S/O KRISTEN ZAMADICS »» 005 | Unsecured Creditors | $2,770.26 | $0.00 | $2,770.26 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $600.24 | $0.00 | $600.24 |
| 7 | NARIEN GROVER, MD »» 007 | Unsecured Creditors | $1,973.58 | $0.00 | $1,973.58 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $1,727.18 | $0.00 | $1,727.18 |
| 9 | CITY OF ALLENTOWN »» 009 | Secured Creditors | $257.72 | $0.00 | $257.72 |
| 10 | SPECIALIZED LOAN SERVICING LLC »» 010 | Mortgage Arrears | $36,112.34 | $0.00 | $36,112.34 |
| 11 | UNITED STATES TREASURY (IRS) »» 11P | Priority Crediors | $8,984.00 | $2,843.52 | $6,140.48 |
| 12 | UNITED STATES TREASURY (IRS) »» 11U | Unsecured Creditors | $3,253.00 | $0.00 | $3,253.00 |
| 13 | PHFA/HEMAP »» 012 | Unsecured Creditors | $14,831.46 | $0.00 | $14,831.46 |
| 14 | SPECIALIZED LOAN SERVICING LLC »» 10P | Secured Creditors | $3,661.24 | $0.00 | $3,661.24 |

**Chapter 13 Case No. 19-15242-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,754.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $2,843.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $617.48 | Total Plan Base: | $56,759.00 |
| Funds on Hand: | $3,293.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.