| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-15242-PMM**

AHMED SALEH
MONA  HUSSIM SALEH
1635 E. GREENLEAF STREET
ALLENTOWN  PA    18109

Petition Filed Date: 08/21/2019
341 Hearing Date: 10/01/2019
Confirmation Date: 03/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/17/2021 | $685.00 | | 06/15/2021 | $2,055.00 | | 07/26/2021 | $685.00 | |
| 09/07/2021 | $685.00 | | 12/13/2021 | $2,055.00 | | 01/24/2022 | $685.00 | |
| 02/17/2022 | $685.00 | | 04/11/2022 | $685.00 | | 05/11/2022 | $2,055.00 | |
| 06/13/2022 | $685.00 | | 06/24/2022 | $685.00 | | | | |

**Total Receipts for the Period:  $11,645.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $22,509.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,906.01 | $0.00 | $1,906.01 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $204.50 | $0.00 | $204.50 |
| 3 | LENDMARK FINANCIAL SERVICES LLC »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $971.39 | $0.00 | $971.39 |
| 5 | ERIE INSURANCE EXCHANGE A/S/O KRISTEN ZAMADICS »» 005 | Unsecured Creditors | $2,770.26 | $0.00 | $2,770.26 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $600.24 | $0.00 | $600.24 |
| 7 | NARIEN GROVER, MD »» 007 | Unsecured Creditors | $1,973.58 | $0.00 | $1,973.58 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $1,727.18 | $0.00 | $1,727.18 |
| 9 | CITY OF ALLENTOWN »» 009 | Secured Creditors | $257.72 | $53.21 | $204.51 |
| 10 | SELECT PORTFOLIO SERVICING INC »» 010 | Mortgage Arrears | $36,112.34 | $8,592.96 | $27,519.38 |
| 11 | UNITED STATES TREASURY (IRS) »» 11P | Priority Crediors | $8,984.00 | $8,984.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS) »» 11U | Unsecured Creditors | $3,253.00 | $0.00 | $3,253.00 |
| 13 | PHFA/HEMAP »» 012 | Unsecured Creditors | $14,831.46 | $0.00 | $14,831.46 |
| 14 | SELECT PORTFOLIO SERVICING INC »» 13 | Mortgage Arrears | $3,661.24 | $871.19 | $2,790.05 |

Chapter 13 Case No. 19-15242-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,509.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $20,561.36 | Arrearages: | $685.00 |
| Paid to Trustee: | $1,939.53 | Total Plan Base: | $56,759.00 |
| Funds on Hand: | $8.11 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.