## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In Re:<br>    MONA HUSSIM SALEH<br>    AHMED SALEH<br>        Debtor(s)<br>THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2006-SD1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-SD1<br>        Movant<br>    v.<br>MONA HUSSIM SALEH<br>AHMED SALEH<br>        Debtor(s)<br>SCOTT F. WATERMAN<br>      Trustee<br>      Respondent(s) | Chapter 13<br><br>Case Number: 19-15242-pmm |

## **O R D E R**

AND NOW, this **29th** day of **November**, 20**22** upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1 and any successor in interest and Debtor, Mona Hussim Saleh , Ahmed Saleh, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

    The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"):  **1635 E Greenleaf Street, Allentown, PA 18109**.

    It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_Patricia M. Mayer_
_____
UNITED STATES BANKRUPTCY JUDGE