United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15242-pmm |
| Mona Hussim Saleh | Chapter 13 |
| Ahmed Saleh | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mona Hussim Saleh, Ahmed Saleh, 1635 E. Greenleaf Street, Allentown, PA 18109-2313 |
| cr | + | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | The Bank of New York Mellon, f/k/a The Bank of New, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Nov 30 2022 00:09:00 | | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com<br>Nov 30 2022 00:09:00 | | THE BANK OF NEW YORK MELLON, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank Of New York Mellon, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 01, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon  Et Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Plaintiff Ahmed Saleh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Plaintiff Mona Hussim Saleh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Mona Hussim Saleh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Ahmed Saleh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| DANIEL P. JONES | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>    MONA HUSSIM SALEH<br>    AHMED SALEH<br>        Debtor(s)<br>THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2006-SD1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-SD1<br>        Movant<br>v.<br>MONA HUSSIM SALEH<br>AHMED SALEH<br>        Debtor(s)<br>SCOTT F. WATERMAN<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 19-15242-pmm |

**O R D E R**

AND NOW, this 29th day of November, 20 22 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1 and any successor in interest and Debtor, Mona Hussim Saleh , Ahmed Saleh, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1 and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **1635 E Greenleaf Street, Allentown, PA 18109**.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE