United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mona Hussim Saleh  
Ahmed Saleh  
    Debtors

Case No. 19-15242-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mona Hussim Saleh, Ahmed Saleh, 1635 E. Greenleaf Street, Allentown, PA 18109-2313 |
| cr | + | The Bank of New York Mellon, f/k/a The Bank of New, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14377120 | ++ | BUREAU OF ACCOUNTS CONTROL, 514 BRICK BLVD, SUITE 3, BRICK NJ 08723-6088 address filed with court:, Bureau of Accounts Control, 3601 Route 9 north, Howell, NJ 07731 |
| 14377122 | | Capio partners, 311 30th Ave E, Sherman, TX 75091 |
| 14377127 | + | Captal Accounts, PO BOX 140065, Nashville, TN 37214-0065 |
| 14386581 | + | Erie Insurance Exchange, J. Scott Watson, Esq., 24 Regency Drive, Glen Mills, PA 19342-1001 |
| 14377129 | | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377139 | + | Hamilton Law Group, PO BOX 90301, Allentown, PA 18109-0301 |
| 14377140 | | IRS, Department of the Treasury, Andover, MA 01810 |
| 14377141 | + | J. Scott Watson, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14406829 | | James Havassy, PO Box 90301, Allentown, PA 18109-0301 |
| 14377142 | | Lendmark Financial Services, 2118 Usher Street, Conyers, GA 30094 |
| 14406830 | | Narien Grover, MD ita Lehigh Valley Family Pract, PO Box 90301, Allentown, PA 18109-0301 |
| 14377144 | + | Oxygen Recovery Group, 1 Hillcrest Ctr, Ste 314, Spring Valley, NY 10977-3745 |
| 14377146 | + | Parker McCay PA, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 14377147 | + | Penn Credit Corporation, 916 S 14 street, Harrisburg, PA 17104-3425 |
| 14377152 | + | Penn Credit Corporation, 916 S 14th Street, Harrisburg, PA 17104-3425 |
| 14389530 | + | The Bank of New York Mellon, Et Al., c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14649472 | + | The Bank of New York Mellon, et. al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14377156 | + | Young Medical Supplies, 2710 Emrick Bld, Bethlehem, PA 18020-8012 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 18 2023 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 18 2023 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 18 2023 23:55:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | May 18 2023 23:54:00 | THE BANK OF NEW YORK MELLON, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 18 2023 23:54:00 | THE BANK OF NEW YORK MELLON, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14377119 | | Email/Text: ebn@americollect.com | | |

Case 19-15242-pmm  Doc 74  Filed 05/20/23  Entered 05/21/23 00:33:57  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 18 2023 23:54:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54220 |
| 14408233 | | Email/Text: coabankruptcy@allentownpa.gov | May 18 2023 23:54:00 | City of Allentown, 435 HAMILTON ST, ALLENTOWN, PA 18101 |
| 14377121 | + | Email/Text: bnc-capio@quantum3group.com | May 18 2023 23:54:00 | Capio Partners, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 14377126 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 00:04:36 | Capital One, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 14385772 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2023 00:05:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14377128 | ^ | MEBN | May 18 2023 23:50:33 | Financial Recoveries, 200 East Park Drive, Mount Laurel, NJ 08054-1297 |
| 14455222 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2023 23:54:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14385725 | | Email/Text: ktramble@lendmarkfinancial.com | May 18 2023 23:54:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 14381365 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 00:05:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14377143 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 23:54:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14407130 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14377145 | + | Email/Text: blegal@phfa.org | May 18 2023 23:54:00 | PA Housing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 14463013 | | Email/Text: blegal@phfa.org | May 18 2023 23:54:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14405234 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 23:54:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14377155 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:04:20 | SYNCB/JCP, PO BOX 965007, Orlando, FL 32896-5007 |
| 14377154 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 18 2023 23:54:00 | Specialized Loan Services, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |
| 14412746 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 18 2023 23:54:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |
| 14660103 | ^ | MEBN | May 18 2023 23:50:34 | The Bank of New York Mellon,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14649472 | ^ | MEBN | May 18 2023 23:50:41 | The Bank of New York Mellon, et. al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14652255 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 18 2023 23:55:00 | The Bank of New York Mellon, f/k/a The Bank of Ne, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Bank Of New York Mellon, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

Case 19-15242-pmm  Doc 74  Filed 05/20/23  Entered 05/21/23 00:33:57  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 44 |

| | | |
|---|---|---|
| 14377123 | * | Capio partners, 311 30th Ave E, Sherman, TX 75091 |
| 14377124 | * | Capio partners, 311 30th Ave E, Sherman, TX 75091 |
| 14377125 | * | Capio partners, 311 30th Ave E, Sherman, TX 75091 |
| 14377130 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377131 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377132 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377133 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377134 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377135 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377136 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377137 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377138 | * | Financial Recoveries, 200 East Park Drive, ste 100, North Thetford, VT 05054 |
| 14377148 | *+ | Penn Credit Corporation, 916 S 14 street, Harrisburg, PA 17104-3425 |
| 14377149 | *+ | Penn Credit Corporation, 916 S 14 street, Harrisburg, PA 17104-3425 |
| 14377150 | *+ | Penn Credit Corporation, 916 S 14 street, Harrisburg, PA 17104-3425 |
| 14377151 | *+ | Penn Credit Corporation, 916 S 14 street, Harrisburg, PA 17104-3425 |
| 14377153 | *+ | Penn Credit Corporation, 916 S 14 street, Harrisburg, PA 17104-3425 |
| 14520190 | *+ | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023                   Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor The Bank of New York Mellon  Et Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor THE BANK OF NEW YORK MELLON bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES LAPUTKA
on behalf of Joint Debtor Ahmed Saleh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA
on behalf of Plaintiff Ahmed Saleh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA
on behalf of Plaintiff Mona Hussim Saleh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

CHARLES LAPUTKA
on behalf of Debtor Mona Hussim Saleh claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

DANIEL P. JONES
on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce djones@sterneisenberg.com, bkecf@sterneisenberg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEVEN K. EISENBERG

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 44 |

on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Ce seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Scott F Waterman

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| AHMED SALEH | |
| MONA HUSSIM SALEH | Bankruptcy No. 19-15242-PMM |
| Debtors | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: May 18, 2023

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE