| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-15242-PMM**

AHMED SALEH
MONA  HUSSIM SALEH
1635 E. GREENLEAF STREET
ALLENTOWN  PA    18109

Petition Filed Date: 08/21/2019
341 Hearing Date: 10/01/2019
Confirmation Date: 03/12/2020

Case Status: Dismissed After Confirmation on 5/18/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | $685.00 | | 09/19/2022 | $685.00 | | 11/15/2022 | $685.00 | |
| 12/12/2022 | $685.00 | | 01/23/2023 | $685.00 | | 03/13/2023 | $685.00 | |

**Total Receipts for the Period:  $4,110.00    Amount Refunded to Debtor Since Filing:  $1,252.28    Total Receipts Since Filing: $26,619.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,060.00 | $2,060.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,906.01 | $0.00 | $1,906.01 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $204.50 | $0.00 | $204.50 |
| 3 | LENDMARK FINANCIAL SERVICES LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $971.39 | $0.00 | $971.39 |
| 5 | ERIE INSURANCE EXCHANGE A/S/O KRISTEN ZAMADICS<br>»» 005 | Unsecured Creditors | $2,770.26 | $0.00 | $2,770.26 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $600.24 | $0.00 | $600.24 |
| 7 | NARIEN GROVER, MD<br>»» 007 | Unsecured Creditors | $1,973.58 | $0.00 | $1,973.58 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $1,727.18 | $0.00 | $1,727.18 |
| 9 | CITY OF ALLENTOWN<br>»» 009 | Secured Creditors | $257.72 | $85.68 | $172.04 |
| 10 | SELECT PORTFOLIO SERVICING INC<br>»» 010 | Mortgage Arrears | $36,112.34 | $10,866.97 | $25,245.37 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 11P | Priority Crediors | $8,984.00 | $8,984.00 | $0.00 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 11U | Unsecured Creditors | $3,253.00 | $0.00 | $3,253.00 |
| 13 | PHFA/HEMAP<br>»» 012 | Unsecured Creditors | $14,831.46 | $0.00 | $14,831.46 |
| 14 | SELECT PORTFOLIO SERVICING INC<br>»» 13 | Mortgage Arrears | $3,661.24 | $1,101.75 | $2,559.49 |
| 0 | AHMED SALEH | Debtor Refunds | $1,252.28 | $1,252.28 | $0.00 |

**Chapter 13 Case No. 19-15242-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,619.00 | Current Monthly Payment: | $685.00 |
| Paid to Claims: | $24,350.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,268.32 | Total Plan Base: | $56,759.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.